UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JUAN PAUBLO ALVARADO-ORITZ, | Case No. 22-CV-206 (NEB/ECW) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| FPC YANKTON, | |
| Respondent. | |

The Court has received the July 27, 2022 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 7.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 7) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED AS MOOT; and

3. The action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 20, 2022    BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge